BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2799
Facsimile:   (916) 554-2900

Attorneys for the Bureau of Land Management,
U.S. Department of the Interior, U.S. Department of Agriculture,
and U.S. Forest Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; SAVE MEDICINE LAKE COALITION; and MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT,<br><br>                        Plaintiffs,<br><br>      v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; and CALPINE CORPORATION,<br><br>                        Defendants. | **CONSOLIDATED CASES:**<br>**NO. 2:04-CV-0956-JAM-JFM**<br>**NO. 2:04-CV-00969-JAM-JFM**<br><br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARING TO JULY 10, 2013 AND TO ALTER REPLY BRIEFING SCHEDULE** |

       Plaintiffs and Defendants, by and through their attorneys, stipulate as follows and jointly request that the Court issue the proposed order set forth below.

       WHEREAS, Federal Defendants' Motion for Judgment on the Pleadings and Defendant Calpine's Motion for Summary Judgment are currently scheduled for hearing on June 19, 2013;

       WHEREAS, Defendants have filed opening briefs, Plaintiffs have filed opposition briefs, and Defendants' final reply briefs are presently due on June 12, 2013 under the normal rules of court;

WHEREAS, Counsel for Federal Defendants has had a death in the family which necessitates his attention to other matters at this time;

WHEREAS, the parties therefore have agreed to continue the hearing until the Court's next hearing date on July 10, 2013 at 9:30 a.m.;

WHEREAS, due to the circumstances, Plaintiffs and Federal Defendants have agreed to extend the filing date for Federal Defendants reply brief on their Motion for Judgment on the Pleadings until July 3, 2013;

WHEREAS, given the complexity of the issues raised by Calpine's separate Motion for Summary Judgment, Plaintiffs and Calpine have agreed to extend the filing date for Calpine's reply brief until June 19, 2013;

NOW THEREFORE, the parties stipulate to the foregoing schedule change and respectfully request that the Court enter an order approving this stipulation.

Respectfully submitted,

Dated: June 10, 2013	BENJAMIN B. WAGNER
	United States Attorney


	*/s/  David T. Shelledy*
	DAVID T. SHELLEDY
	Assistant United States Attorney

Dated: June 10, 2013	ENVIRONMENTAL LAW CLINIC
	Mills Legal Clinic at Stanford Law
	School

	*/s/  Deborah A. Sivas*
	DEBORAH A. SIVAS
	Counsel for Plaintiffs


Dated: June 10, 2013	HOLLAND & HART

	*/s/  Craig D. Galli*
	CRAIG D. GALLI
	Counsel for Defendant Calpine
	Corporation

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 6/11/2013                                    /s/ John A. Mendez
                                                    Hon. John A. Mendez
                                                    United States District Court Judge