BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America


FILED
MAR 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, ET AL., <br><br> Defendants. | Case No.: 2:04-CV-00956-JAM-JFM <br><br> **JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S REGISTRY; AND ORDER THEREON** <br><br> [No Hearing Requested] |

Plaintiff Pit River Tribe and the United States defendants (collectively "Movants"), through their authorized representatives, hereby move for an order authorizing Pit River Tribe to deposit funds into the court's registry pending the outcome of Pit River Tribe's appeal to the Ninth Circuit Court of Appeals. The funds will be deposited on behalf of the Pit River Tribe through the Kwhan Coropration, a Federally Chartered Section 17 Corporation, wholly owned by the Pit River Tribe. The Movants further request that the order authorize the deposit of funds into an interest bearing account. This Motion is based on the following grounds:

1. On July 29, 2013, the Court granted the United States' motion for judgment on the pleadings and for summary judgment against the plaintiffs. ECF No. 84. Judgment in the United States' favor was entered on July 30, 2013.

2. The United States thereafter submitted a cost bill in the amount of $19,851.60. The Court

overruled the Plaintiff's objections to the cost bill and awarded the United States' $19,851.60 in costs. ECF No. 96.

3. Plaintiffs, including Pit River Tribe, filed notices of appeal from both the judgment and the order awarding costs as USCA Appeal Nos. 13-16961 and 14-15123, respectively.

4. The United States, as the judgment creditor, recorded an abstract of judgment in Shasta County on June 12, 2014 against the Pit River Tribe's real property interests (the "Judgment Lien").

5. Pit River Tribe has requested that the United States release its Judgment Lien. Following negotiations, the United States agrees that it will release the Judgment Lien upon Pit River Tribe's payment and deposit of $19,851.60 into the Court's Registry (the "Deposited Funds"), to be deposited by the Kwhan Corporation. The Movants thus agree that:

    A. Pit River Tribe through the Kwhan Corporation shall, within five days following the Court's order approving the deposit, pay to the Clerk, United District Court, $19,851.60 via cashier's check;

    B. Upon Pit River Tribe's payment by the Kwhan Corporation of the $19,851.60 to the Clerk, the United States shall release its Judgment Lien;

    C. The Deposited Funds shall remain in the Court's Registry pending the adjudication of Pit River Tribe's Appeal No. 14-15123 as set forth below, or further order of the Court;

    D. If the Court of Appeals affirms the District Court's order awarding the United States' Costs, or dismisses the appeal of the order awarding costs, the United States will seek an order for the disbursement of the Deposited Funds plus any accrued interest; and

    E. Pit River Tribe will not oppose the United States' application for an order disbursing the Deposited Funds and interest thereon provided the Court of Appeals adjudicates Appeal No. 14-15123 as stated in paragraph 5D, above.

    F. If the Court of Appeals reverses the District Court's order awarding the United States' Costs, or grants the appeal of the order awarding costs, or if the Court of Appeals reverses the District Court's judgment in the related merits appeal, Ninth Circuit Case No. 13-16961, the Pit River Tribe will seek an order for release of the Deposited Funds plus interest to the Kwhan

2

Joint Motion to Deposit Funds and Order

Writing:

Corporation; and

    G. The United States will not oppose an application for release of the Deposited Funds and interest thereon provided the Court of Appeals adjudicates Appeal No. 14-15123 as stated in paragraph 5F, above.

6. The Movants request that the Deposited Funds be placed into an interest bearing account.

Respectfully submitted,

FOR THE UNITED STATES:

BENJAMIN B. WAGNER
United States Attorney

Dated: March 13, 2015

By: /s/ Kurt A. Didier
KURT A. DIDIER
Assistant United States Attorney

FOR PIT RIVER TRIBE:

Dated: March 13, 2015

By: /s/ Matt Elmore
MATT ELMORE
Chairman, Kwhan Corporation

APPROVED AS TO FORM AND CONTENT:

Dated: March 13, 2015

By: /s/ Darcie L. Houck
DARCIE L. HOUCK, ESQ.
Attorney for Kwhan Corporation

APPROVED AS TO FORM:

Dated: March 16, 2015

/s/ Jeremy J. Donati

JEREMY J. DONATI
Operations Supervisor, U.S. District Court

Joint Motion to Deposit Funds and Order

3

## ORDER

The Court, having reviewed the court files and the Movants' Joint Motion for Deposit of Funds into the Court's Registry (the "Motion"), and good cause appearing therefrom, herby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. The Kwhan Corporation shall pay on behalf of the Pit River Tribe to the Clerk, United States District Court, via cashier's check, $19,851.60, within five days after the filing of this Order.

2. The United States shall release its Abstract of Judgment recorded in Shasta County against Pit River Tribe upon Kwhan Corporation's payment of the $19,851.60.

3. The Clerk shall promptly deposit the $19,851.60 into an interest bearing account (the "Deposited Funds").

4. The Deposited Funds shall not be disbursed until further order of this Court.

IT IS SO ORDERED.

Dated: March 17, 2015

JOHN A. MENDEZ,
United States District Judge

Joint Motion to Deposit Funds and Order