Deborah A. Sivas, CA Bar No. 135446
Alicia E. Thesing, CA Bar No. 211751
Mari Takemoto-Chock, CA Student Bar No. 39098
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile:  (650) 723-4426
dsivas@stanford.edu

Attorneys for Plaintiffs

**FILED**

JAN 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALTION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; SAVE MEDICINE LAKE COALITION; and MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; and CALPINE CORPORATION,<br><br>Defendants. | Consolidated Cases<br><br>No. CIV. 2:04-00956-JAM-JFM<br>No. CIV. 2:04-00969-JAM-JFM<br><br>**REQUEST FOR PERMISSION TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION; ORDER** |

TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby seek the Court's permission to file an opening memorandum of law in support of Plaintiffs' summary judgment motion in excess of twenty-five (25) pages provided by the Court's Standing Order. Specifically, Plaintiffs seek leave to file an opening memorandum of not more than thirty-five (35) pages. Plaintiffs have provided Defendants with advance notice of this request, which is based on the following Application and the pleadings and other documents or records filed in this matter.

## APPLICATION

Plaintiffs respectfully request leave to file an overlength opening memorandum of law in support of their summary judgment motion for three reasons. First, as part of a tentative negotiated briefing schedule, the parties have stipulated, subject to the Court's permission, to forego the separate filing of a Statement of Undisputed Facts. Thus, the memorandum will contain a fully developed factual background with citations to the lengthy Administrative Record in lieu of the separate statement of facts. Second, the motion will seek judgment on all remaining issues and claims in this matter, obviating the need for trial. The parties have agreed, again subject to the Court's approval, that Plaintiffs' summary judgment motion will resolve this case in its entirety. Third, to adequately brief these claims, the memorandum will address complicated issues, including the extensive history of the 1998 decision as to twenty-six (26) leases, the applicable laws and regulations (which have been amended several times), the contours of the unit agreement, and the record facts surrounding the 1998 decision.

Although the parties have tentatively stipulated to a briefing schedule, they have not been able to reach agreement on the issue of brief length. Accordingly, before filing the stipulation and proposed order, Plaintiffs seek the Court's permission for an overlength opening memorandum. If the Court

grants this request, Plaintiffs are prepared to file the stipulated schedule and proposed order immediately thereafter.

For the foregoing reasons, Plaintiffs request leave to file an opening memorandum of not more than thirty-five (35) pages.

Dated: January 27, 2016

Respectfully submitted,
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

By: /s/ Deborah A. Sivas
     Deborah A. Sivas

Attorneys for Plaintiffs PIT RIVER TRIBE; NATIVE COALTION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; SAVE MEDICINE LAKE COALITION; and MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT

## JAM ORDER

Good cause appearing therefor, ~~Petitioners~~ Plaintiffs' *ex parte* application to file an overlength opening memorandum in support of its summary judgment motion of not more than ~~thirty-five (35)~~ JAM thirty (30) pages is hereby GRANTED. Same Plaintiffs are ordered to file a statement of undisputed facts along with their opening brief in compliance with Local Rule 260.

IT IS SO ORDERED.

DATED: 1-28-2016    By: /s/ [signature]
                                    United States District Judge