BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2799

Attorneys for the U.S. Department of the Interior, Bureau of Land Management,
U.S. Department of Agriculture, Forest Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; SAVE MEDICINE LAKE COALITION; and MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; and CALPINE CORPORATION,<br><br>Defendants. | CONSOLIDATED CASES:<br><br>NO. 2:04-CV-0956-JAM-AC<br>NO. 2:04-CV-0969-JAM-AC<br><br>STIPULATION AND ORDER RE FINAL MOTION FOR SUMMARY JUDGMENT |

Subject to the Court's approval as provided below, the parties stipulate as follows:

1. Plaintiffs are preparing a final motion for summary judgment on the administrative record. The parties stipulate that if the Court denies the plaintiffs' motion, summary judgment on the administrative record should be entered in favor of the defendants, and no cross-motion by the defendants is required.

STIPULATION AND PROPOSED ORDER RE             1
FINAL MOTION FOR SUMMARY JUDGMENT

2. The schedule for briefs and hearing shall be as follows:

| | |
|---|---|
| Plaintiffs' motion and supporting memorandum: | February 10, 2016 |
| Defendants' opposition: | March 3, 2016 |
| Plaintiffs' reply: | March 17, 2016 |
| Hearing: | April 19, 2016 at 1:30 p.m. |

Dated: February 10, 2016

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ David T. Shelledy*
DAVID T. SHELLEDY
Assistant U.S. Attorney

Dated: February 10, 2016

*/s/ Deborah Ann Sivas*
DEBORAH ANN SIVAS
Attorney for Plaintiffs

Dated: February 10, 2016

*/s/ Thomas Sansonetti*
THOMAS SANSONETTI

**PROPOSED ORDER**

IT IS SO ORDERED.

Dated: 2/11/2016          /s/ John A. Mendez
                          HON. JOHN A. MENDEZ