|     |                                    |                               |
| --- | ---------------------------------- | ----------------------------- |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>               Defendants. | Case No. 2:04-CV-00956 JAM-AC<br><br>(Consolidated with<br>2:04-CV-00969 JAM-AC)<br><br>**RELATED CASE ORDER** |
| PIT RIVER TRIBE, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>BUREAU OF LAND MANAGEMENT, et al,<br><br>               Defendants. | Case No. 2:19-CV-02483 MCE-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1   The parties should be aware that relating the cases under
2   Local Rule 123 merely has the result that these actions are
3   assigned to the same judge and magistrate judge; no consolidation
4   of the actions is effected.  Under the regular practice of this
5   court, related cases are generally assigned to the judge and
6   magistrate judge to whom the first filed action was assigned.
7       IT IS THEREFORE ORDERED that the action denominated
8   2:19-CV-02483 MCE-EFB be reassigned to Judge John A. Mendez and
9   Magistrate Judge Allison Claire for all further proceedings, and
10  any dates currently set in the reassigned case only are hereby
11  VACATED.  Henceforth, the caption on documents filed in the
12  reassigned case shall be shown as 2:19-CV-02483 JAM-AC.
13      IT IS FURTHER ORDERED that the Clerk of the Court make
14  appropriate adjustment in the assignment of civil cases to
15  compensate for this reassignment.
16      IT IS SO ORDERED.
17  Dated:  December 13, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge